Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*
Kathy Dong, Cal. Bar No. 267611
*kathy@hiaringsmith.com*

HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone: (415) 457-2040
Facsimile: (415) 457-2822

Attorneys for Plaintiff
MONTBLANC-SIMPLO GmBH

FILED
2012 FEB -8 PM 12:59
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MONTBLANC-SIMPLO GmBH, a German Corporation,

Plaintiff,

vs.

GOOGLE, INC., a Delaware Corporation., and DOES 1-100.

Defendants.

Case No. CV 12 0626

**COMPLAINT IN EQUITY FOR BILL OF DISCOVERY**

Plaintiff MONTBLANC-SIMPLO GmBH, a German Corporation, ("Montblanc" or "Plaintiff"), by and through its attorneys, hereby brings this Complaint in Equity for a Bill of Discovery against Google, Inc. (hereinafter "Google" or "Defendant") and Does 1 through 100 based on the following allegations:

## NATURE OF THE ACTION

1. Montblanc is a leading purveyor of luxury watches, writing instruments, jewelry, and leather goods. Montblanc owns rights in the world-famous MONTBLANC trademark in numerous countries worldwide, including in the United Kingdom and United States. This is a Complaint in Equity for a Bill of Discovery, wherein Montblanc seeks information and documents solely in Google's possession that will provide the identity of currently unknown individuals or entities who have advertised with Google UK Limited ("Google UK"), a

subsidiary or affiliate of Google, to sell counterfeit goods bearing the MONTBLANC trademark (the "Advertisers"). Montblanc seeks this information to allow it to enforce Montblanc's trademark rights in its MONTBLANC trademark. Specifically, the Advertisers have purchased and posted keyword advertising from Google UK that linked to copycat websites of the official Montblanc websites selling counterfeit Montblanc merchandise. Google UK Ltd. has represented that the identity of such Advertisers is maintained solely by Google, Inc. and that it has no access to such information.

2. As further set forth below, Montblanc has attempted to determine the identity of the Advertisers through numerous alternative means, with no success. Because the identity of the Advertisers is in the exclusive possession of Google, and Montblanc has no other source from which to obtain the requested information, Montblanc has no choice but to file this Complaint in Equity for a Bill of Discovery in order to enforce its trademark rights. Once Montblanc has identified the Advertisers through this Bill of Discovery against Google, it intends to file a lawsuit to enforce its trademark rights against the identified Advertisers. Without the requested information, however, Montblanc does not know who the Advertisers are and therefore does not know whom it needs to sue to enforce its trademark rights.

## PARTIES

3. Montblanc is a corporation organized and existing under the laws of Germany, with an office and principal place of business at Hellgrundweg 100, Hamburg, Germany, 22525.

4. On information and belief, Google is a Delaware corporation with a corporate headquarters located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, which at all relevant times mentioned herein conducted business within the State of California. On further information and belief, Google offers a number of Internet-based services, the primary one of which is an Internet search engine, which allows users to enter search terms to locate relevant websites. Google also sells advertising on its website using proprietary technology whereby advertisers purchase keywords, and their advertisements appear as "Sponsored" advertisements when a user types in the purchased keywords.

5. The true names and capacities, whether individual, corporate, or otherwise, of Defendants Does 1 through 100 are presently unknown to Plaintiff, who, therefore brings this Complaint by such fictitious names. At such time as the true names and capacities of Does 1 to 100 have been ascertained, Plaintiff will seek leave of Court to amend this Complaint accordingly. On information and belief, Plaintiff alleges that each of Does 1 through 100 was the agent, representative, employee, affiliate, subsidiary, and/or parent entity of each of the other Defendants and was acting at all times within the scope of its agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 100 have the information and/or one or more of the documents that Plaintiff seeks as alleged herein.

**JURISDICTION**

6. This is a Complaint in Equity for a Bill of Discovery seeking information and documents for use in prospective litigation Montblanc intends to file to enforce its trademark and other proprietary rights in the United Kingdom and/or other jurisdictions as required, including the United States. Jurisdiction arises under 28 U.S.C. § 1332 because the underlying trademark matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of a State, namely California, and a citizen of a foreign state, namely Germany.

**INTRADISTRICT ASSIGNMENT**

7. Because this is a discovery matter primarily related to an intellectual property dispute, assignment of this matter District-wide is appropriate.

**VENUE**

8. Venue is proper in this District under 28 U.S.C. § 1391 because, on information and belief, Defendant's principal place of business is located in Santa Clara County. On further information and belief and as represented to Montblanc by Google, the documents in Defendant's possession sought by Plaintiff are primarily located in Santa Clara County.

**FACTUAL ALLEGATIONS**

**Background on Montblanc**

9. Montblanc is a world famous company that engages in the design, manufacture, and sale of luxury watches, writing instruments, jewelry, leather goods, and related accessories

under the trademark MONTBLANC. The MONTBLANC trademark is most widely known for high quality writing instruments, although since being founded in 1906, Montblanc has used the MONTBLANC trademark in relation to numerous other goods, including ink, writing instrument refills, watches, leather goods such as wallets, purses, portfolios, and note pads, jewelry, and a wide range of related accessories. As such, the MONTBLANC name is one of the world's most well-known trademarks and would be associated with the Plaintiff and its high quality products by almost all consumers worldwide.

10. Montblanc owns numerous trademarks for the MONTBLANC mark in many countries (hereinafter referred to as the "Trademarks"), including:

a. U.K. Registered Trademark no. 1271649, filed on July 18, 1986, and is registered in Class 16 for "*Writing and drawing instruments, stationery; inks and erasers, all included in Class 16; parts and fittings included in Class 16 for all the aforesaid goods*";

b. U.K. Registered Trademark no. 2285024, filed November 7, 2001, and is registered in respect of goods in Class 16: "*Fountain pens; ball point pens; pencils; felt-tip pens; rollerballs; document markers; pouches for writing instruments; gift cases for writing instruments; inks and refills; note paper; writing paper; diaries; organisers; paperweights; pen and pencil holders*."

11. As a result of Montblanc's extensive events, promotions, exhibits, and advertising worldwide, the MONTBLANC mark has an unparalleled reputation attached to it and represents extraordinary valuable goodwill owned by Montblanc. MONTBLANC is a well-known mark in the United Kingdom, the United States, and elsewhere.

12. Montblanc owns a website at www.montblanc.com, which routes onto numerous different Montblanc country websites.

**Google and its AdWords Program**

13. On information and belief, Google provides Internet search, cloud computing, and advertising technologies to users via its website www.google.com. On further information and

belief, Google is affiliated with its United Kingdom counterpart, Google UK, whose www.google.co.uk website dominates the UK search engine market.

14. On information and belief, the purpose of a search engine is to enable Internet users to find webpages relevant to the search terms entered by the Internet user. On further information and belief, Google's search engine software analyzes the "quality" of relevant websites in determining how to rank and generate "natural" search results. On information and belief, Google also offers advertising space in the search results, which enables an advertiser to bid to have its website listed alongside the natural search results based on the words typed in by the user in the Google search engine. This advertising program is called "Google AdWords."

**The Underlying Activity Complained Of**

15. On July 28, 2011, Montblanc became aware that a search for MONTBLANC PENS on the www.google.co.uk search engine led to a sponsored ad for the website www.pens.co.uk. While the text of the ad stated: "*£79 Montblanc© Pens Sale – Official Shop@Authentic, 79% off*," www.pens.co.uk does not sell Montblanc pens and had not bid for the keyword MONTBLANC, nor was it responsible for the sponsored ad. The URL listed in the advertisement appeared to be www.pens.co.uk, but the sponsored ad was linked to the website www.cerinfobaw.info.

16. On further investigation, Montblanc became aware that numerous other examples of sponsored ads returned against the term MONTBLANC PENS when entered into www.google.co.uk, which linked to websites containing the "cerinfo" root in the same way. In each case, the sponsored ad purported to be provided by a legitimate third party website: variously, www.penspens.com, www.penclix.com, www.officedepot.com, as well as www.pens.co.uk. The Advertisers even used Montblanc's own www.montblanc.com in one such ad. On information and belief, each of these advertisements had been purchased by the same party, an Advertiser.

17. Montblanc's further research revealed that, according to a WHOIS report, there were 1,402 domain names incorporating the "cerinfo" root (the "Cerinfo Domains"), all registered to the same individual. These domain names were registered sequentially, using the

alphabet to distinguish them, for examples, www.cerinfoaaa.info, www.cerinfoaab.info, www.cerinfo.aac.info and so on. Some of the websites at the domain names have limited content, while some link to websites offering third party goods.

18. Montblanc discovered that if the URLs were copied into another format, for example an Excel document, they linked to a series of websites using the "mont-blancpen" or "mont-blanc-pen" root, which belonged to the co.cc domain ("the Mont-Blanc Domains"). There were numerous permutations of this root, also using the alphabetic sequence, for example, www.mont-blancpenaa.co.cc, www.mont-blancpenab.co.cc, and so on. Montblanc was therefore able to establish that the Cerinfo Domains were related to the Mont-Blanc Domains.

19. The websites at the Mont-Blanc Domains mimic Montblanc's official English website at www.montblanc.com. The websites at the Mont-Blanc Domains are clearly intended to suggest to Internet users that they are on the official website of Montblanc. However, the Mont-Blanc Domains offer and sell counterfeit goods bearing Montblanc's Trademarks.

20. While, initially the sponsored ads linked to the blank Cerinfo Domains, Montblanc soon became aware that certain sponsored ads were linking directly to the website at the Mont-Blanc Domains. Therefore, rather than simply going to a "cerinfo.info" webpage that was blank, the link would lead to another website with the co.cc domain with the root "montblancpen" or "mont-blanc-pen" that had the appearance of being the official website, including through the URL which incorporates the mark MONTBLANC. A user would easily think that they had been routed to Montblanc's official website through a legitimate sponsored ad.

21. In summary, the process is as follows: (1) an Internet user types the search term MONTBLANC PEN into www.google.co.uk; (2) The search results include a sponsored ad for the product, apparently linking to a third party website, for example, www.staples.com; (3) However, clicking on the sponsored ad leads to a website that has the appearance of being the official website of Montblanc, but is in fact a spoofed webpage, for example, at the URL www.mont-blanc-peno.co.cc.

22. Montblanc has received numerous complaints from customers who purchased counterfeit pens from the Advertisers' websites believing them to be authentic, or from customers who have alerted Montblanc to the existence of the Advertisers' websites. The sale of counterfeit goods bearing Montblanc's marks, from websites that purported to be or are related to Montblanc, has caused Montblanc significant reputational and financial harm.

**Montblanc's Initial Communications with Google UK**

23. Counsel for Montblanc has corresponded with Google UK numerous times regarding the misuse of the mark MONTBLANC within the AdWords program. These conversations date back to as early as September 9, 2011. When Montblanc complained of the infringing ads, Google UK indicated to Montblanc that they had removed the offending ads and had taken action against the Advertisers. Despite the action taken by Google UK, the sponsored ads linking to the spoofed Mont-Blanc Domains continue to appear when the search term MONTBLANC PENS is entered into www.google.co.uk.

24. Since September 2011, the sponsored ads to the Mont-Blanc Domains have repeatedly reappeared, despite numerous complaints and purported action against the Advertisers by Google UK. The Advertisers have infringed and continue to infringe Montblanc's trademark rights by offering and selling counterfeit goods.

25. As set forth above, Montblanc has actionable claims for trademark infringement against the Advertisers. Montblanc wishes to take further action against the Advertisers for this trademark infringement by naming the Advertisers as defendants in litigation, most likely in the United Kingdom but largely depending on where they are located and/or do business. However, because Montblanc cannot ascertain the identity of the Advertisers, it does not know yet whom to sue.

**Information Held by Google**

26. Montblanc believed that Google UK held the information necessary to determine the identity of the Advertisers since the advertisements at issue were from the www.google.co.uk website. Accordingly, Montblanc believed that the Advertisers would have provided both

contact and financial details to Google UK, which would allow Montblanc to ascertain the Advertisers' true identity.

**Montblanc's Subsequent Communications with Google UK**

27. On October 3, 2011, Counsel for Montblanc sent an email to a member of the Google Advertising Legal Support Team requesting that Google UK send information identifying the Advertisers, including their location. Counsel received a response on that same day, stating: "*For privacy reasons, we cannot reveal information about other advertisers without a court order*."

**Norwich Pharmacal Order Against Google UK**

28. On October 25, 2011, Montblanc applied for a Norwich Pharmacal Order against Google UK in the High Court Chancery Division for disclosure of the Advertisers' contact and financial details. Under English law, such an order allows the discovery of documents and information from a third party, without the need to actually file an action against the person from whom the discovery is sought, much like a Bill of Discovery such as this instant action. *Investors Mortgage Ins. Co. v. Dykema*, 598 F. Supp. 666, 668 (D.C. OR 1984) (citing 1 Pomeroy, *Equity Jurisprudence* (4th ed. 1918 § 192 at 265)).

29. In response to this Application for a Norwich Pharmacal Order of the Chancery court, Google UK disclosed to Montblanc that it did not have the requested information, but rather that the information was in the sole possession of Google, Inc. After several discussions between counsel for Montblanc and Google to discuss the provision of the requested documents, Montblanc withdrew its Application for a Norwich Pharmacal Order, and on or about December 16, 2011, Counsel for Google emailed Counsel for Montblanc, and indicated that it would be prepared to provide the information sought pursuant to a Bill of Discovery, provided that a protective order would be put in place prior to Google's compliance. Montblanc's withdrawal of its Norwich Pharmacal Order was made in reliance on Google's representation that it would cooperate with a Bill of Discovery in the Northern District of California under an appropriate protective order. Montblanc is also aware of additional websites for which the Advertisers appear to have purchased advertising from Google and through which the Advertisers are selling

counterfeit goods. These additional websites were not included in the original Norwich Pharmacal application but appear to be connected to Advertisers and may shed additional light on the identity of the Advertisers. These additional domain names are therefore also subject to this Bill of Discovery.

**Summary of Documents Sought**

30. Plaintiff seeks an order for disclosure of the following information:

a. All documents relating to the identity and unlawful activities of the party or parties who have purchased the relevant terms within the Google AdWords program to place the sponsored links and domain names listed at Exhibit A to this Complaint, including, without limitation:

i. Contact information provided by that party or parties to facilitate bidding for those terms as keywords and/or use of those terms in ad text by that party; and

ii. Financial information, including details of any bank accounts and/or credit cards, provided by that party or parties to facilitate the bidding for those terms and use of those terms in ad text by that party or parties.

31. The basis upon which these documents are requested is detailed herein.

**COUNT I: BILL OF DISCOVERY**

32. The allegations contained in paragraphs 1 through 31 are hereby realleged as if fully set forth herein.

33. Montblanc is the owner of Trademarks for MONTBLANC for a variety of luxury goods, including luxury watches, writing instruments, jewelry, leather goods, and related accessories, in the United Kingdom, the United States, and in other countries.

34. On information and belief, the Advertisers advertised on the Google UK website, infringed upon Montblanc's Trademarks, misappropriated the goodwill in Montblanc's Trademarks, and sold counterfeit MONTBLANC goods on the Internet.

35. Montblanc seeks to name the Advertisers as defendants in litigation.

36. Montblanc does not know the Advertisers' true identity.

37. Montblanc has made numerous attempts to uncover the Advertisers' identity, but has been unsuccessful.

38. First, Montblanc conducted WHOIS searches, but discovered that the addresses provided therein were false.

39. Second, Montblanc authorized an investigations company to make a test purchase from the Advertisers' websites in order to confirm that the goods offered and sold were counterfeit. Montblanc received these goods and confirmed that they were counterfeit.

40. Third, Montblanc further engaged Chinese counsel and instructed it to investigate the companies to which payment was made for the above-referenced sale, but they were unable to find any further information about the companies.

41. Fourth, Montblanc sent cease and desist correspondence and issued take down requests, though none of these options has resulted in successfully stopping the Advertisers' infringing activities.

42. Montblanc seeks to obtain the contact and financial details of the Advertisers to allow it to identify the Advertisers so that it can take further action against the Advertisers for trademark infringement.

43. Google has indicated that it has contact and financial details of the Advertisers in its possession. As Google appears to be the only entity that has access to the requested information, Montblanc has no option but to seek this Bill of Discovery from Google.

44. As a result, Montblanc has no other adequate means of identifying and commencing an action against the Advertisers without obtaining information and documents from Google pursuant to the requested Bill of Discovery. Montblanc does not believe, nor does it currently assert, that Google bears any liability for the complained of advertisements made by the Advertisers.

45. The disclosure of the information and documents in Google's possession will allow Montblanc to assert its rights against the wrongdoer, the Advertisers, and that, under the circumstances, it is just, convenient, and in the interests of justice to make the order.

46. Montblanc has a right to the relief sought in order to identify the Advertisers, so as to bring claims of trademark infringement against the Advertisers.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment:

1. A Bill of Discovery ordering Google to: (1) provide the requested information and documents, which reveal the contact and financial details of the Advertisers who are associated with websites listed in Exhibit A to this Complaint, and (2) produce for deposition Google's custodian of records for the requested documents.

2. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: February 8, 2012

HIARING + SMITH LLP

By: [signature]

Vijay K. Toke
*vijay@hiaringsmith.com*
Kathy Dong
*kathy@hiaringsmith.com*

Attorneys for Plaintiff MONTBLANC-SIMPLO GmbH

# EXHIBIT A

**Websites for Disclosure**

| GOOGLE | KEYWORD | AD TITLE | TRACKING URL | SPOOFED URL | ACTUAL PAGE |
|---|---|---|---|---|---|
| .CO.UK | MONTBLANC | £79 Montblanc® Pens Sale | http://www.google.co.uk/aclk?sa=L&ai=CxCIS3feXTrS2EcSfhQexkqHUC92spKsC_YqJrR_X_9O3ERABKARQudLqoP7_____AWC7vq6D0ArIAQGpAhig92jgCYU-qgQdT9CdwFRDPGnvSc1PNqNzA3Lhvv5B8MfvkvZb7jO6BRMlxYDvzuXnqwIVRhjhCh0bajFCygUA&num=2&rct=j&q=montblanc&ei=3feXToWeD8awhAeb1MWRBA&sig=AOD64_26ZifBRpp1BbR-3MLa7cS6ASPc_A&sqi=2&ved=0CBMQ0Qw&adurl=https://www.cerinfobdb.info&cad=rja | *www.wiley.com/Official**Montblanc*** | MONT-BLANC-PENS.CO.CC |
| .CO.UK | MEISTERSTUCK | £79 Montblanc® Pens Sale | http://www.google.co.uk/aclk?sa=L&ai=Cr-mLBQmYTujMBY_P0AWfvKWWAt2spKsC_YqJrR_qvvqRCBABKAhQudLqoP7_____AWC7vq6D0ArIAQGpAhig92jgCYU-qgQdT9Be_UfzzNwuxZu5Zcoebk1oVF5kEQ0ZiLb1bco&num=1&sig=AOD64_0PzKRW6X2LcC5OcA7x3RSpo2HmoA&ved=0CAgQ0Qw&adurl=https://www.cerinfobdb.info&rct=j&q=meisterstuck&cad=rja | *www.wiley.com/Official**Montblanc*** | MONT-BLANC-PENS.CO.CC |
| .CO.UK | MEISTERSTUCK | £79 Montblanc® Pens Sale \| wiley.com | http://www.google.co.uk/aclk?sa=L&ai=CclSn8wmYTvKKB8ae8AO9z5yvBt2spKsC_YqJrR_qvvqRCAgAEAFQudLqoP7_____AWC7vq6D0AqQAQUAQGpAhig92jgCYU-qgQdT9CM4HZybaFNxkCK8r_Z0fltQt | *www.wiley.com/Official**Montblanc*** | MONT-BLANC-PENS.CO.CC |

PCL2\13720275\1

| | | | ORH3HJNpLSmjA&sig=AOD64_1GjqkU3EsmaomiBAS7CfC6Ep4r1g&ved=0CAgQ0Qw4Cg&adurl=https://www.cerinfobdb.info&rct=j&q=meisterstuck&cad=rja | | |
|---|---|---|---|---|---|
| .CO.UK | MONTBLANC | £79 Montblanc® Pens Sale \| reed.co.uk | http://www.google.co.uk/aclk?sa=L&ai=Cg3svv_CbToa2NMfC0AW8gumYAum7m4EDofTXyD6zupCwEQgAEAEoA1CNg7mr-_____8BYLu-roPQCsgBAakCBQil0j0MhT6qB81P0PC5RWeAMTLxP3j3UUw0gvj9hNeGWkgt7ComxLoFEwjWyKyyr--rAhUFlnwKHd8Vw1jKBQA&rct=j&q=montblanc&ei=v_CbTpbtMoWs8gPfq4zGBQ&sig=AOD64_3yEI8An8vQsdJuWCliqxhxIVXnXA&sqi=2&ved=0CAgQ0Qw&adurl=https://www.cerinfobdn.info&cad=rja | *www.reed.co.uk/OfficialMontblanc* | MONT-BLANC-PENV.CO.CC |
| .CO.UK | MEISTERSTUCK | £79 Montblanc® Pens Sale \| reed.co.uk | http://www.google.co.uk/aclk?sa=L&ai=C9IIR3PWbTsXPCa_N0AXax-n0BOm7m4EDofTXyD6zupCwEQgAEAEoAICNg7mr-_____8BYLu-roPQCsgBAakCvyWB9okPhT6qB81P0AcFuqIE1-q19p6fCyXbJuVHptDwamFHptxPjroFEwiH9paitO-rAhVTVXwKHfRFaFfKBQA&rct=j&q=meisterstuck&ei=3PWbToeYBtOq8QP0i6G7BQ&sig=AOD64_0IH7981Z3bfnyesWDvLlPVYt7MkA&sqi=2&ved=0CAgQ0Qw&adurl=https://www.cerinfobdn.info&cad=rja | *www.reed.co.uk/OfficialMontblanc* | MONT-BLANC-PENV.CO.CC |

| | | | | | |
|---|---|---|---|---|---|
| .CO.UK | MONTBLANC | £79 Montblanc® Pens Sale \| penguin.co.uk | http://www.google.co.uk/aclk?sa=L&ai=CBTDArnOdTvZDwbWEB42U1f8FzIK1mwLk7eXSI9C-hwgIABACKANQ-e-a5vz____AWC7vq6D0ArIAQGpAhig92jgCYU-qgQdT9DOnaD-UpA6xi9mOlziXKaGu5Rn7cmY7Pwar2y6BRMIqsKFs6DyqwIVyUvhCh2YC8STygUA&rct=j&q=montblanc&ei=rXOdTuq3O8mXhQeYI5CeCQ&sig=AOD64_0UGE5_kztBI07fc8-uV87tdZpF5A&sqi=2&ved=0CBEQ0Qw&adurl=https://www.cerinfobdp.info&cad=rja | *www.penguin.co.uk/OfficialMontblanc* | MONT-BLANC-PENAB.CO.CC |
| .CO.UK | MONTBLANC | - 75% Off Mont Blanc Pen \| pensstore.co.uk | http://www.google.co.uk/aclk?sa=L&ai=ChW5yS26dTvC2LMa8hAegsIjKBbGE-YED2fLKzj6ynOoVCAAQAygDUJiEro7______wFgu76ug9AKyAEBqQIPKC_7e4W6PqoEFk_QctsNYm44ppy-b_j1A0EqOrdt-m6BRMIvsbqoZvyqwIVIBnhCh1gMK-RygUA&rct=j&q=montblanc&ei=S26dTv70KpSzhAfg4LyNCQ&sig=AOD64_21pdajICGkXXIb_dw48BCMI-EF5g&sqi=2&ved=0CBYQ0Qw&adurl=http://www.pensstore.co.uk&cad=rja | - | PENSSTORE.CO.UK |
| .CO.UK | MONTBLANC | £69 MontBlanc® Pens Sale \| 2011penonline.info | http://www.google.co.uk/aclk?sa=L&ai=CZdoqS26dTvC2LMa8hAegsIjKBYfmwlcCv_jxkyDx5KOnAQgAEAIoA1Drna2t_v____8BYLu-roPQCsgBAaoEGE_QYqE1Yrjw4ntwiBtl-Oc5mIfJbxkw6boFEwi-xuqhm_KrAhWUGeEKHWAwr5HKBQA&rct=j&q=montblanc&ei=S26dTv70KpSzhAfg4LyNCQ&sig=AOD64_1ZD5r | - | 2011PENONLINE.INFO |

| | | | D390mQdP1NLH_qi2A0Jc-AQ&sqi=2&ved=0CBEQ0Qw&adurl=http://www.2011penonline.info&cad=rja | | |
|---|---|---|---|---|---|

| E-Mail Address | Domain Name |
|---|---|
| kobe09@163.com | mont-blancpen.com |
| jerseys.cn@gmail.com | mont-blancpen.eu |
| - | http://www.mont-blancpen.co.uk/ |
| - | http://www.mont-blanc-pen.co.uk/ |
| 1625499189@qq.com | http://mont-blancpenad.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenag.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenah.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenai.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenaj.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenak.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenal.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenam.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenan.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenao.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenap.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenaq.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenar.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenas.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenat.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenau.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenba.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbc.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbd.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbe.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbf.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbg.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbh.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbi.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbj.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbk.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbl.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenbm.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenca.co.cc/ |
| 1625499189@qq.com | http://mont-blancpencb.co.cc/ |
| 1625499189@qq.com | http://mont-blancpencd.co.cc/ |
| 1625499189@qq.com | http://mont-blancpence.co.cc/ |
| 1625499189@qq.com | http://mont-blancpencf.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenda.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendb.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendc.co.cc/ |
| 1625499189@qq.com | http://mont-blancpende.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendf.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendg.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendh.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendi.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendj.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendk.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendl.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendm.co.cc/ |

| 1625499189@qq.com | http://mont-blancpendn.co.cc/ |
|---|---|
| 1625499189@qq.com | http://mont-blancpendo.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendp.co.cc/ |
| 1625499189@qq.com | http://mont-blancpendq.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenea.co.cc/ |
| 1625499189@qq.com | http://mont-blancpeneb.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenec.co.cc/ |
| 1625499189@qq.com | http://mont-blancpened.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenee.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenef.co.cc/ |
| 1625499189@qq.com | http://mont-blancpeneg.co.cc/ |
| 1625499189@qq.com | http://mont-blancpeneh.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenei.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenej.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenek.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenel.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenem.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenen.co.cc/ |
| 1625499189@qq.com | http://mont-blancpeneo.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenep.co.cc/ |
| 1625499189@qq.com | http://mont-blancpeneq.co.cc/ |
| 1625499189@qq.com | http://mont-blancpener.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenes.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenmm.co.cc/ |
| 1625499189@qq.com | http://mont-blancpennn.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenoo.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenpp.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenqq.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenrr.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenss.co.cc/ |
| 1625499189@qq.com | http://mont-blancpentt.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenuu.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenvv.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenww.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenxx.co.cc/ |
| 1625499189@qq.com | http://mont-blancpenyy.co.cc/ |
| 1625499189@qq.com | http://mont-blanc-pen.co.cc/ |