1 | Vijay K. Toke, Cal. Bar No. 215079
2 | *vijay@hiaringsmith.com*
  | HIARING + SMITH, LLP
3 | 101 Lucas Valley Road, Suite 300
  | San Rafael, CA 94903
4 | Telephone:  (415) 457-2040
5 | Facsimile:   (415) 457-2822

6 | Attorneys for Plaintiff
7 | MONTBLANC-SIMPLO GmBH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| MONTBLANC-SIMPLO GmbH, a German Corporation, | ) ) | Case No. 3:12-cv-00626-JCS |
|---|---|---|
|  | ) | **[~~PROPOSED~~] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Plaintiff, | ) ) |  |
| vs. | ) ) | Prior CMC Date: June 1, 2012 |
|  | ) | Time: 1:30 pm |
| GOOGLE, INC., a Delaware Corporation, and DOES 1-100, | ) ) | Courtroom G - 15th Floor |
|  | ) | Action Filed 2/8/2012 |
| Defendants. | ) ) ) |  |

////

The Court having reviewed the Stipulation by the parties and further having reviewed the basis therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Case Management Conference be continued from June 1, 2012, at 1:30 p.m., to **July 27, 2012**, at 1:30 p.m., in Courtroom G, 15th Floor, San Francisco.

1. All deadlines set forth under Federal Rule of Civil Procedure 26 and the Court's Civil Local Rules and ADR Local Rules related to Case Management and alternative dispute resolution be hereby reset to coincide with the continued date for the Case Management Conference.

DATED: 5/18/12            By: _____
                                Honorable Joseph C. Spero
                                United States Magistrate Judge

**PROPOSED ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

-2-                                                            3:12-cv-00626-JCS